# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY | ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO.: 1:21-cv-00060-MHC |
| Plaintiff, | |
| v. | ) <br> ) |
| APPLE CONSTRUCTION, LLC, RYAN C. APPLE, DOMINIQUE HEBERT, and KAITLIN HEBERT, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants.

Respectfully submitted this the 3rd day of December, 2021.

**[SIGNATURES ON FOLLOWING PAGE]**

1

By: *s/ J. Timothy Wooten*
J. Timothy Wooten (GA Bar No.: 776357)
GOWER, WOOTEN & DARNEILLE, LLC
4200 Northside Parkway NW, Building 12
Atlanta, Georgia 30327
(404) 662-2333
Fax: (404) 662-2444
*tim@GWDlawfirm.com*
**Attorney for Midvale Indemnity Company**


By: *s/ Richard J. Capriola*
(signed with express permission by J. Timothy Wooten)
Richard J. Capriola (Georgia Bar No.: 108880)
Chadd L. Reynolds (Georgia Bar No.: 876465)
WINTER CAPRIOLA ZENNER, LLC
3490 Piedmont Road, N.E, Suite 800
Atlanta, GA 30305
(404) 844 5700
Fax: (404) 844 5701
rcapriola@wczlaw.com
creynolds@wczlaw.com
**Attorneys for Dominique & Kaitlin Hebert**


By: *s/ H, Brian Sams*
(signed with express permission by J. Timothy Wooten)
H. Brian Sams (Georgia Bar No.: 624112)
SAMS & COLE, LLC
2809 Lassiter Road, Suite 100
Marietta, Georgia 30062
(770) 552-4727
brian.sams@samscole.com
**Attorney for Apple Construction, LLC & Ryan C. Apple**

2